UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL KIRBY,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY OF EAST WENATCHEE, and OFFICER JAMES MARSHALL,<br>      Defendants. | NO. 12-CV-190-JLQ<br><br>ORDER GRANTING DEFENDANTS' MOTION TO EXPEDITE; DENYING DEFENDANTS' MOTION TO QUASH |

BEFORE THE COURT is the Defendants' Motion to Expedite (ECF No. 33) and Motion Quash Subpoenas to Medina Police Department and Clyde Hill Police Department (ECF No. 30). Defendants' Motion to Quash is DENIED on the basis of the clear language of Fed.R.Civ.P. 45 and Ninth Circuit authority, *SEC v. CMKM Diamonds, Inc.*, 656 F.3d 829 (9th Cir. 2011). Only the court that issued the subpoena, not the court where the underlying action is pending has the authority to consider motions to quash or modify subpoenas under Rule 45. Because the subpoenas at issue were issued by the U.S. District Court for the Western District, the court lacks jurisdiction to consider Defendants' Motion to Quash.

ACCORDINGLY,

    1. Defendants' Motion to Expedite (ECF No. 33) is GRANTED.

    2. Defendants' Motion to Quash Subpoenas (ECF No. 30) is DENIED.

IT IS SO ORDERED. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

DATED this 13th day of July, 2012.

                s/ Justin L. Quackenbush
             JUSTIN L. QUACKENBUSH
     SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1