UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL KIRBY, </br>     Plaintiff, </br> v. </br> CITY OF EAST WENATCHEE, and </br> OFFICER JAMES MARSHALL, </br>     Defendants. | NO. 12-CV-190-JLQ </br></br> ORDER RE: MOTION FOR </br> PROTECTIVE ORDER |

Defendants' Motion for Protective Order is set for hearing without oral argument on July 30, 2012. Defendants' Motion requests that the court forbid the disclosure of the Defendant Marshall's psychological assessment and polygraph test report contending that the information contained therein is not relevant and the disclosure would violate Defendant Marshall's privacy rights and subject him to annoyance, embarrassment and oppression.

So that the court can fully and timely consider the Defendants' Motion, Defendants are ordered to promptly submit the documents for in camera review by emailing them to QuackenbushOrders@waed.uscourts.gov.

IT IS SO ORDERED. The Clerk is hereby directed to enter this Order and furnish copies to counsel.

DATED this 13th day of July, 2012.

                s/ Justin L. Quackenbush
              JUSTIN L. QUACKENBUSH
      SENIOR UNITED STATES DISTRICT JUDGE

ORDER – 1