|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 | The Honorable Justin Quackenbush |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
AT SPOKANE

| MICHAEL KIRBY, | NO. CV 12-190-JLQ |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT CITY OF EAST WENATCHEE** |
| v. | |
| CITY OF EAST WENATCHEE, and OFFICER JAMES MARSHALL, | |
| Defendants. | |

TO:   THE CLERK OF THE COURT

AND TO:   ALL ATTORNEYS OF RECORD

Please take notice that Plaintiff and Defendant City of East Wenatchee have reached a settlement of all remaining claims in the above-captioned matter. All motions, hearings, and other deadlines (including the trial date) can and should be stricken from the Court's calendar. A stipulated order of dismissal

NOTICE OF SETTLEMENT OF CLAIMS AGAINST
DEFENDANT CITY OF EAST WENATCHEE - 1 of 3
(CV 12-190-JLQ)

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA  98403
(253) 593-5100 Phone - (253) 593-0380 Fax

will be filed upon execution of a written release and tender of the settlement proceeds.

DATED this 19th day of July, 2013.

                 CONNELLY LAW OFFICES, PLLC

                 By___*s/ Anna L. Price*_____
                   John R. Connelly, Jr., WSBA No. 12183
                   Julie A. Kays, WSBA No. 30385
                   Anna L. Price, WSBA No. 43088
                   2301 North 30th Street
                   Tacoma, WA 98403
                   Phone: (253) 593-5100
                   E-mail: jconnelly@connelly-law.com
                   E-mail: jkays@connelly-law.com
                   E-mail: aprice@connelly-law.com
                   Attorneys for Plaintiff

NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT CITY OF EAST WENATCHEE - 2 of 3
(CV 12-190-JLQ)

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax

**CERTIFICATE OF SERVICE**

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such to the following:

jbaker@canfieldsolutions.com
James E. Baker
Jerry J. Moberg & Associates

jmoberg@canfieldsolutions.com
Jerry Moberg
Jerry J. Moberg & Associates

bob@christielawgroup.com
Robert L. Christie
Christie Law Group, PLLC

DATED this 19th day of July, 2013.

_____s/ Anna L. Price_____
Anna L. Price
Connelly Law Offices, PLLC
2301 North 30th Street
Tacoma, WA 98403
Telephone: (253) 593-5100
Fax: (253) 593-0380
Email: mfolsom@connelly-law.com

NOTICE OF SETTLEMENT OF CLAIMS AGAINST DEFENDANT CITY OF EAST WENATCHEE - 3 of 3
(CV 12-190-JLQ)

**CONNELLY LAW OFFICES, PLLC**
2301 North 30th Street
Tacoma, WA 98403
(253) 593-5100 Phone - (253) 593-0380 Fax