UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL KIRBY,<br><br>          Plaintiff,<br><br>vs.<br><br>JAMES MARSHALL and CITY OF EAST WENATCHEE,<br><br>          Defendants. | No. CV-12-190-JLQ<br><br>ORDER OF DISMISSAL WITH PREJUDICE AND DIRECTING ENTRY OF FINAL JUDGMENT OF DISMISSAL AND CLOSING OF FILE |

Pursuant to the Stipulated Motion to Dismiss With Prejudice (ECF No. 194) and the stated agreement of the Plaintiff and the Defendant City of East Wenatchee, the Motion to Dismiss with Prejudice is **GRANTED.** The court previously granted the parties' Motion for Voluntary Dismissal of the claims asserted in the Second Amended Complaint against Defendant James Marshall. (ECF No. 193).

Accordingly, **IT IS HEREBY ORDERED**: the Second Amended Complaint (ECF No. 70) and all remaining claims therein against the Defendants James Marshall and the City of East Wenatchee are dismissed with prejudice and without attorney's fees or costs to any party.

The Clerk shall enter this Order, enter Judgment, provide copies to counsel, and **CLOSE THE FILE**.

Dated this 10th day of September, 2013.

          s/ Justin L. Quackenbush
     JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1