# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

MICHAEL KIRBY,

*Plaintiff*

v.

JAMES MARSHALL and CITY OF EAST WENATCHEE,

*Defendant*

) ) ) ) )

Civil Action No.  CV-12-190-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ ____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  This matter came to hearing before the Court on 09/10/13 on the Stipulated Motion to Dismiss with Prejudice and the issues having been heard and a decision having been reached, the Second Amended Complaint and all remaining claims against Defendants James Marshall and the City of East Wenatchee are dismissed with prejudice and without attorney's fees or costs to any party.  Judgment of Dismissal is hereby entered.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date:  09/10/13

CLERK OF COURT

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb